IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES ALBERTIS JORDAN,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | Civil Action No. |
| v. | : | 5:07-CV-371 (HL) |
| | : | |
| **JOHN J. LAMANNA, et al.,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 18), which recommends granting the Respondents' Motion to Dismiss (Doc. 10). Petitioner has filed an Objection (Doc. 19). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 23rd day of September, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc